

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GLEN CHANDLER, | ) Case No. 12-cv-00041-SEH-RKS |
| Plaintiff, | ) |
| v. | ) **ORDER OF** |
| | ) **DISMISSAL WITH** |
| BRESNAN COMMUNICATIONS, LLC. | ) **PREJUDICE** |
| And DOES 1-4 | ) |
| Defendant. | ) |

Pursuant to Stipulation of the parties the above-entitled cause is hereby dismissed, with prejudice, each party to bear its own costs and attorneys fees.

DATED this 7th day of January, 2014.

SAM E. HADDON
United States District Judge